IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELA MCCAA, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H- 08-2564 |
| | § | |
| | § | |
| | § | |
| JERRY MCCAA, *et al.*, | § | |
| | § | |
| Defendant(s). | § | |

## DOCKET CONTROL ORDER

Anticipated Length of Trial: 4-5 Days            Jury: ✓   Non-Jury: _____

The disposition of this case will be controlled by the following schedule:

1. (a) **NEW PARTIES** shall be joined by:                                              1/30/09
   The attorney causing the addition of new parties must provide
   copies of this Order to new parties.
   (b) **AMENDMENTS to PLEADINGS** by Plaintiff or Counter-
   Plaintiff shall be filed by:                                                         1/30/09
   (**Absent parties' agreement or court approval, answers** may not be amended more than
   20 days after this date. **Answers to amended claims and counterclaims** are due 20 days
   after amended claims or counterclaims are filed.)

2. **EXPERT WITNESSES for PLAINTIFF/COUNTER-PLAINTIFF**
   shall be identified by a report listing the qualifications of each
   expert, each opinion the expert will present, and the basis for
   each opinion.   DUE DATE:                                                            3/31/09

3. **EXPERT WITNESSES for DEFENDANT/COUNTER-DEFENDANT**
   shall be identified by a report listing the qualifications of each
   expert, each opinion the expert will present, and the basis for
   each opinion.   DUE DATE:                                                            4/31/09

4. **DISCOVERY** must be completed by:   7/31/09
Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. **MEDIATION/ADR:**
  \_\_\_\_ Required;   ✓ Strongly suggested
  \_\_\_\_ Parties' Option
  **ADR TO BE COMPLETED** by:   Docket Call

6. **DISPOSITIVE MOTIONS** will be filed by:   9/2/09

7. **ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho* motions, but *not* including other motions in limine) will be filed by: (Typically this date will match ¶ 6.)   9/2/09

8. **JOINT PRETRIAL ORDER** will be filed by:   1/13/10
Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court's Procedures.

9. **DOCKET CALL** is held in Courtroom 9-F, starting at 4:00 p.m.   1/20/10
on the date listed here. (The Court will set this date.)
Absent parties' agreement, no documents filed within 5 days before the Docket Call will be considered at Docket Call without prior permission of the Court to late file.

_Nov. 24, 2008_   _Nancy F. Atlas_
**Date**   **NANCY F. ATLAS**
  **United States District Judge**

**APPROVAL REQUESTED:**

_____   11/24/08
Counsel for Plaintiff(s)   Date

_____   11/24/08
Counsel for Defendant(s)   Date

Sara Forlano   11/24/08
Mark D. White   11/24/08

-2-