Lanny Voss, TSB # 20620500
*Owen, Voss, Owen & Melton, PC*
P.O. Box 328
700 W. 7th Street
Plainview, Texas 79073-0328
Tel: 806-296-6304
Fax: 806-296-6829
voss@olvo.net
*Attorneys for Andrea Hooper*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ANGELA MCCAA AND JERRY MCCAA, | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CASE NO. 2:09-CV-004-J |
| | § | |
| ALBERT R. "BUDDY" EASTERLING; | § | |
| KAREN EASTERLING; EASTERLING | § | |
| ACQUISITIONS, LLC; ANDREA | § | |
| HOOPER; JASON WHITTINGTON; | § | |
| MONTGOMERY COUNTY, TEXAS; | § | |
| CITY OF PERRYTON, TEXAS AND | § | |
| JOHN DOE 1-20, | § | |
| Defendants | § | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE DISTRICT COURT::

The undersigned Lanny Voss, of the law firm of Owen, Voss, Owen, & Melton, P.C., hereby files this Notice of Appearance as counsel for Defendant, Andrea Hooper. The undersigned is admitted to practice in the Northern District of Texas. The undersigned acknowledges that Tim Newsom, of the law firm of Lovell, Lovell, Newsom & Isern, L.L.P., is the attorney-in-charge for Defendant, Andrea Hooper.

Respectfully submitted,

OWEN, VOSS, OWEN & MELTON, PC
P.O. Box 328
700 W. 7th Street
Plainview, Texas 79073-0328
Tel:  (806) 296-6304 Fax:(806) 296-6829
voss@olvo.net

By:_____/s/ Lanny Voss_____
         Lanny Voss
         State Bar No.:  20620500
         *Attorney for Andrea Hooper*

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on July 27, 2009, I electronically filed the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic filing system of the Court.  The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Ty Clevenger
1716 Briarcrest Drive, Suite 206
Bryan, Texas 77803

Lee Ann Reno
Sprouse, Shader, Smith, P.C.
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008

Tim Newson
Lovell, Lovell, Newsom & Isern, L.L.P.
1000 Eagle Centre Building
112 West 8th Avenue
Amarillo, Texas 79101-2314

David Walker
Montgomery County
207 West Phillips, 1st Floor
Conroe, Texas 77301

William R. McKinney, Jr.
3505 Olton Blvd., Suite 212
Amarillo, Texas 79109.

　　　　　　　　　　　　　　/s/Lanny Voss_____
　　　　　　　　　　　　　　Lanny Voss