IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| ANGELA McCAA and JERRY McCAA, | § § | |
| PLAINTIFFS, | § | |
| v. | § § | CIVIL ACTION CAUSE NUMBER |
| ALBERT R. "BUDDY" EASTERLING, et al., | § § § | 2:09-CV-004-J |
| DEFENDANTS. | § | |

## ORDER

Before the Court is the parties' agreed motion, filed January 4, 2010, for clarification of the Rule 16 scheduling order. That motion is granted as follows. This case will be set for trial, if necessary, by a pretrial notice and order of this Court. The dates by which the parties are to file a proposed agreed pretrial order, witness and exhibit lists, deposition designations, trial briefs, proposed jury instructions, motions *in limine,* and all other motions will be set by that order. The parties will be expected to comply with all of the deadlines set within this Court's pretrial notice and order.

It is SO ORDERED.

Signed this the 5th day of January, 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE